## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CATHY BROWN                                                                                               PLAINTIFF

v.                                              NO. 4:08CV00160 JLH

GEORGIA-PACIFIC WOOD PRODUCTS, LLC                                             DEFENDANT

### ORDER

Without objection, the motion to dismiss separate plaintiff, Joyce Babin, Trustee, is GRANTED.  Document #22.  Joyce Babin, Trustee, is hereby removed as a plaintiff in this action and her claims are dismissed without prejudice.

IT IS SO ORDERED this 26th day of August, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE